# In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-12271
_____

MARLON MAURICE ELLIS,

*Petitioner-Appellant,*

*versus*

WILCOX SP WARDEN,

*Respondent-Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:24-cv-02825-AT

_____

ORDER:

The jurisdictional issue of whether Marlon Ellis appeals from a final order and, if so, whether he has standing to appeal, is CARRIED with the case. A final determination regarding this jurisdictional issue will be made by the panel to whom this case is submitted after briefing on the merits is completed. In their merits

briefs, the parties are not required to discuss the jurisdictional issue in great detail, but they may address it as they deem necessary.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION